UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12248
   TANIA L JOHNSON
                                  CHAPTER 13

                                  JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-9327

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/27/06 and confirmed on 12/08/06.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $   7984.50 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 3180.20 | .00 | 3180.20 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 803.56 | .00 | 803.56 |
| FOX CHASE CONDO ASSOCIAT | SECURED | 2879.45 | .00 | 952.05 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1721.13 | .00 | 134.85 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 7866.00 | .00 | 489.36 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 301.25 | .00 | 23.61 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 1122.27 | .00 | 87.93 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 972.34 | .00 | 76.18 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFNI/VERIZON | UNSECURED | 1968.46 | .00 | 154.23 |
| VON MAUR | UNSECURED | NOT FILED | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | NOT FILED | .00 | .00 |

             Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED        6863.21        .00    13951.45        .00    20814.66
PRINCIPAL PAID            4935.81        .00      966.16        .00     5901.97
INTEREST PAID                 .00        .00         .00        .00         .00
TOTAL PAID                4935.81        .00      966.16        .00     5901.97
```

The Debtor's attorney, LEEDERS & ASSOC LTD            , was allowed $    3000.00
and was paid $   1226.00  direct and $   1774.00   through the plan.


The Trustee received $    308.53 .


Refunds to the Debtor totaled $        .00 .


    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 06/24/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE







                              PAGE  2
        CASE NO. 06 B 12248 TANIA L JOHNSON